CAUSE # 06-15-00047-CV

ADD THIS AS **Exhibit (B)** to Motion For New Hearing

The Order to Deny transferring Merritt v. Davis back to where Mandatory Venue lies in McLennan County...has notation to imply there was a Hearing... **there was no Hearing...**

The Court Reporters Transcript

Page 6...Line 16 to 18 is where Judge Wooten did not want me saying much so she could hear his argument on summary judgment Page 9 Line 21...(yet this was the last hearing)

My Case of Merritt v. Davis

**Mr. Davis violations of Law were never heard...**in any court including Collin County Court that **lacked subject matter jurisdiction** due to Statutory Law of Civ.Prac.&Rem.Code Chapter 15 Section 15.011 gave exclusive Jurisdiction to the County where my real property was located....Attached in Page 6 to prove this...yet I was trying my best to force my Case to be heard..but was pretty much ignored...because Judge Wooten KNEW her court lacked subject matter jurisdiction and already knew what she was going to do...and saying we were not on the last Hearing in this case Page 9 line 21...BUT this was it...**there were no more Hearings...**My Case was NEVER HEARD...**and was not the major point here...since no Court in Collin County Had the Authority to act as a Court over Merritt v. Davis...**see Language in Mandatory Venue Statute known as Section 15.011...Actions to remove encumbrance SHALL be brought in the county where all or part of the property is located...(this is called Subject Matter Jurisdiction ) **and something that COULD NOT be waived...according to Texas Case Law.**

EXHIBIT (B) FRONT PAGE

REPORTER'S RECORD

VOLUME 1 OF 1 VOLUMES



TRIAL COURT CAUSE NO. 380-07387-2009
COA NO. 05-090123-CV

| | |
|---|---|
| LOWELL MERRITT | ) IN THE DISTRICT COURT |
|    Plaintiff | ) |
| | ) |
| VS | ) COLLIN COUNTY, TEXAS |
| | ) |
| ROBERT DAVIS | ) |
|    Defendant | ) 380th JUDICIAL DISTRICT |

**********************************************

HEARING

**********************************************

On the 11th day of September, 2009, the following proceedings came on to be heard in the above-captioned and numbered cause before the Honorable Suzanne Wooten, Judge presiding, held in McKinney, Collin County, Texas.

Proceedings reported by computerized stenotype Machine; Reporter's Record produced by Computer-Assisted Transcription.

SUSAN JANE LINDLEY, Texas CSR #1202
Deputy Court Reporter - 380th Judicial District Court
2100 Bloomdale Road, McKinney, Texas 75071
214-505-5834

EXHIBIT (B) 1 OF 3

JANIE LINDLEY, DEPUTY COURT REPORTER, 380TH DISTRICT COURT

me or --

MR. MERRITT: No, no, no.

THE COURT: -- this was the other?

MR. MERRITT: No, no. This pertains to why the document that Mr. Davis filed back in October of '08 is an invalid document and this case law proves it.

THE COURT: Okay.

MR. MERRITT: If you look on page --

MR. DAVIS: Your Honor, it appears to me he's going into --

MR. MERRITT: Object.. Let me speak and then let him speak.

THE COURT: Okay, first off I'm the one who controls who's speaking, not you, Mr. Merritt.

MR. MERRITT: Okay.

THE COURT: Yes. To the extent you can make whatever you're trying to tell me short, because I want to hear his argument on summary judgment.

MR. MERRITT: I am going to make it short. As it states right here in this case law on Page 3, "As we noted in our '95 opinion regarding the instant case if a trial court fails to comply with the strictures provided in Rule 18a all actions taken by the judge subsequent to such violation are void."

In other words, all of the rulings that this

EXHIBIT B 2 of 3

understood what your position was and I do and I thank you for explaining it.

So I understand what your position is. So your basic position is anything that happened after that whether it's an abstract of judgment or whatever may have come out of that is not valid, correct?

MR. MERRITT: Well, not only, not only --

THE COURT: Hang on. So that's why you believe Mr. Davis' abstracting of the judgment is invalid, correct?

MR. MERRITT: Well, I know it is but --

THE COURT: Sir, please answer my question.

MR. MERRITT: Okay.

THE COURT: So that's why you believe that anything that may have happened out of that is not valid, correct?

MR. MERRITT: That is correct.

THE COURT: Okay.

MR. MERRITT: That is mostly correct but that's not all.

THE COURT: Okay, but we're not on the final hearing on this case.

MR. MERRITT: I understand.

THE COURT: We're on summary judgment hearing so --

EXHIBIT B 3 of 3